UNITED STATES of America,
Plaintiff–Appellee,

v.

Conrado RAMOS–PAZ, Defendant–
Appellant.

No. 06–51382
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Conrado Ramos–Paz raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Adam CORONA–CAMPOS, also known
as Raul Campos, Defendant–
Appellant.

No. 06–51388
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Adam Corona–Campos raises arguments that are foreclosed by *Almendarez–*

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

David KENT, Defendant–Appellant.

No. 06–51427

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, David Kent raises arguments that

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

are foreclosed by *United States v. Stone*, 306 F.3d 241, 243 (5th Cir.2002), which held that no Sixth Amendment violation arises when a district court considers the existence of prior convictions rather than presenting the question to a jury in sentencing the defendant under the Armed Career Criminal Act. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Moises GARCIA–ESPARZA, Defendant–Appellant.

No. 06–51480

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.